# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 24.1.143.205 | Comcast Cable Communications | 2011-06-06 12:35:09 AM |
| 24.12.210.180 | Comcast Cable Communications | 2011-06-25 06:59:38 AM |
| 24.15.253.44 | Comcast Cable Communications | 2011-06-20 06:14:38 AM |
| 67.149.48.228 | WideOpenWest Finance | 2011-07-02 01:20:38 PM |
| 67.162.47.31 | Comcast Cable Communications | 2011-07-06 02:42:46 PM |
| 67.163.89.76 | Comcast Cable Communications | 2011-06-09 06:02:44 PM |
| 67.167.235.198 | Comcast Cable Communications | 2011-05-11 10:04:08 PM |
| 67.173.183.221 | Comcast Cable Communications | 2011-06-01 04:46:33 AM |
| 67.175.222.203 | Comcast Cable Communications | 2011-05-12 05:46:21 AM |
| 67.176.149.215 | Comcast Cable Communications | 2011-06-20 12:54:16 PM |
| 67.184.175.13 | Comcast Cable Communications | 2011-05-06 02:12:08 PM |
| 67.186.94.227 | Comcast Cable Communications | 2011-06-25 03:31:11 PM |
| 71.194.209.62 | Comcast Cable Communications | 2011-06-08 03:22:49 AM |
| 71.239.149.173 | Comcast Cable Communications | 2011-05-05 05:48:34 PM |
| 71.239.238.226 | Comcast Cable Communications | 2011-05-31 05:17:12 PM |
| 71.57.55.38 | Comcast Cable Communications | 2011-06-14 09:24:48 AM |
| 98.213.75.160 | Comcast Cable Communications | 2011-05-04 04:40:31 PM |
| 98.214.179.195 | Comcast Cable Communications | 2011-06-14 01:09:57 AM |
| 98.214.194.46 | Comcast Cable Communications | 2011-06-23 12:36:21 PM |
| 98.214.195.208 | Comcast Cable Communications | 2011-06-03 10:47:40 PM |
| 98.215.135.95 | Comcast Cable Communications | 2011-06-23 12:17:52 PM |
| 98.226.249.155 | Comcast Cable Communications | 2011-07-06 07:25:34 PM |
| 99.116.56.254 | AT&T Internet Services | 2011-05-03 02:50:19 PM |