# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5417 | **DATE** | 10/14/2011 |
| **CASE TITLE** | First Time Videos, LLC vs. Does 1 - 23 | | |

**DOCKET ENTRY TEXT**

Plaintiff hereby dismissed with prejudice all causes of action in the complaint against the Doe Defendant associates with Internet Protocol address 67.167.235.198. The Doe Defendant associated with this dismissal is Doe 7. Case remains pending as against all other Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|