IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, | ) |
|     Plaintiff, | ) CASE NO.: 1:11-cv-05417 ) ) Judge: Hon. Rebecca R. Pallmeyer |
| v. | ) ) Magistrate: Hon. Sheila M. Finnegan |
| DOES 1 – 23, | ) ) |
|     Defendants. | ) ) ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1-8 have been dismissed from this action.

[intentionally left blank]

                                          Respectfully submitted,

                                          FIRST TIME VIDEOS, LLC

**DATED:** October 21, 2011

                                          By:    /s/ John Steele
                                                       John Steele (Bar No. 6292158)
                                                       Steele Hansmeier PLLC
                                                       161 N. Clark St., Suite 3200,
                                                       Chicago, IL 60601
                                                       Tel.: (312) 880-9160
                                                       jlsteele@wefightpiracy.com
                                                       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 21, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                  s/ John Steele
                                                  JOHN STEELE