# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5417 | **DATE** | 10/24/2011 |
| **CASE TITLE** | First Time Videos, LC vs. Does 1 - 23 | | |

**DOCKET ENTRY TEXT**

Plaintiff dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the following Internet Protocol addresses:
24.15.253.44
67.173.183.221
67.186.94.227
71.57.55.38
Case remains pending as against the other defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|