# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5417 | **DATE** | 11/9/2011 |
| **CASE TITLE** | First Time Videos, LLC vs. Does 1 - 23 | | |

**DOCKET ENTRY TEXT**

Doe 71.239.149.173's motion to quash or modify subpoena [23] is denied.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|