**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, ) | |
| ) | CASE NO.: 1:11-cv-05417 |
| Plaintiff, ) | |
| ) | Judge: Hon. Rebecca R. Pallmeyer |
| v. ) | |
| ) | Magistrate: Hon. Sheila M. Finnegan |
| DOES 1 – 23, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all causes of action in the complaint against the remaining Doe Defendants to this action. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted,

    First Time Videos, LLC

**DATED:** January 31, 2012

    By:   /s/ Paul Duffy
          Paul Duffy (Bar No. 6210496)
          Prenda Law Inc.
          161 N. Clark St., Suite 3200
          Chicago, IL 60601
          Telephone: (312) 880-9160
          Facsimile: (312) 893-5677
          E-mail: padyffy@wefightpiracy.com
          *Attorney for Plaintiff*

-2-

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 31, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                     /s/ Paul Duffy
                     Paul Duffy