# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5417 | **DATE** | 2/1/2012 |
| **CASE TITLE** | First Time Videos, LLC vs. Does 1 - 23 | | |

**DOCKET ENTRY TEXT**

Plaintiff, pursuant to rule 41(a)(1) dismisses without prejudice, all causes of action in the complaint against the remaining Doe Defendants to this action. Status hearing set for 2/15/2012 is stricken.

Docketing to mail notices

| | Courtroom Deputy Initials: | ETV |
|---|---|---|